No. 447. LEONARD, TRADING AS COMMUNITY VARIETY STORE, *v.* MAXWELL, COMMISSIONER OF REVENUE. November 13, 1939. *Per Curiam:* The motion for leave to file a statement as to jurisdiction is granted. The motion to dismiss is also granted and the appeal is dismissed for want of a substantial federal question. (1) *American Sugar Refining Co.* v. *Louisiana,* 179 U. S. 89, 93–95; *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 509–510; *Rapid Transit Corp.* v. *New York,* 303 U. S. 573, 578–581. (2) *Smiley* v. *Kansas,* 196 U. S. 447, 457; *Darnell* v. *Indiana,* 226 U. S. 390, 398. *Mr. J. M. Wells, Jr.* for appellant. *Mr. Harry McMullan* for appellee.

No. 27. FRANKLIN ET AL. *v.* UNITED STATES. Argued November 7, 1939. Decided November 13, 1939. *Per Curiam:* The judgment is affirmed upon the ground that the District Court had no jurisdiction to entertain the suit. Judicial Code, § 24 (20); 28 U. S. C. § 41 (20). See *Otis Elevator Co.* v. *United States,* 18 F. Supp. 87 (D. C. S. D. N. Y.). *Mr. Sam Costen* submitted for petitioners. *Mr. Warner W. Gardner,* with whom *Solicitor General Jackson, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Aaron B. Holman* were on the brief, for the United States.